SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
NICHOLAS HOPEWELL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS HOPEWELL,

       Plaintiff,

    v.

SBL CORPORATION D/B/A BEA'S BAKERY; SUNSET LADERA, LLC; and DOES 1 through 10,

      Defendants.

CASE NO. 2:18-cv-07171-JAK (SKx)

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Notice is hereby given that Plaintiff Nicholas Hopewell and Defendants have settled the above-captioned matter as to all Defendants.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

DATED:  February 13, 2019

SO. CAL EQUAL ACCESS GROUP


         */s/ Jason Yoon*
        JASON YOON
        Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE